UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IBRAHIM S. KHAER | ) | |
| 201 I Street, SW #V107 | ) | |
| Washington, D.C. 20024 | ) | |
| | ) | |
| FOUIZA MOHAMED HADGAG | ) | |
| 201 I Street, SW #V107 | ) | |
| Washington, D.C. 20024 | ) | |
| | ) | |
| HAMDI HASSAN AHMED SIYAM | ) | |
| 5001 Seminary Road #703 | ) | |
| Alexandria, VA 22311 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEBREMESKEL YEMANE KIDST | ) | |
| 5001 Seminary Road #322 | ) | |
| Alexandria, VA 22311 | ) | |
| | ) | |
| On Behalf of Themselves and All | ) | |
| Others Similarly Situated | ) | |
| | ) | |
| v. | ) | 1:16 cv 652-JCC-MSN |
| | ) | |
| AL KAWTHAR INTERNATIONAL LLC | ) | |
| Reg. Agent: Miriam Ibrahim Elsayed | ) | |
| 9612 Gregorys Charter Dr. | ) | |
| Richmond, VA 23236 | ) | |
| | ) | |
| OLIVE BRANCH KABOB LLC | ) | |
| Registered Agent: Jihad Khatib | ) | |
| 8428 Lee Highway | ) | |
| Fairfax, VA 22031 | ) | |
| | ) | |
| SULTANA GRILL INCORPORATED | ) | |
| Reg Agent: Mohammed Bencherki | ) | |
| 1240 North Rolfe St Apt #204 | ) | |
| Arlington, VA 22209 | ) | |
| | ) | |
| JIHAD KHATIB | ) | |
| 8428 Lee Highway | ) | |
| Fairfax, VA 22031 | ) | |

| | |
|---|---|
| MAWYA ABU AL-HAWA | ) |
| 8428 Lee Highway | ) |
| Fairfax, VA 22031 | ) |
| | ) |
| MOHAMMED BENCHERKI | ) |
| 1240 North Rolfe St Apt #204 | ) |
| Arlington, VA 22209 | ) |
| | ) |
| HAJAR BENCHERKI | ) |
| 1240 North Rolfe St Apt #204 | ) |
| Arlington, VA 22209 | ) |
| | ) |
| IBRAHIM SAED AHMED | ) |
| 9612 Gregorys Charter Dr. | ) |
| Richmond, VA 23236 | ) |
| | ) |
| MIRIAM IBRAHIM ELSAYED | ) |
| 9612 Gregorys Charter Dr. | ) |
| Richmond, VA 23236 | ) |
| | ) |
| and | ) |
| | ) |
| MOHAMED SEID AHMED MOHAMED | ) |
| 145 Parkers Fishery Road | ) |
| PO Box 840 | ) |
| Winston, NC 27986 | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING

I hereby certify that on this 16th day of August 2016 a true and accurate copy of the Complaint and Summons issued for each Defendant, except defendant Mohamed Seid Ahmed Mohamed, at the address given on the original process.

                                                          Respectfully Submitted,
                                                          Plaintiffs
                                                          By Counsel

/s/
Matthew T. Sutter, Esq., VSB 66741
616 North Washington Street
Alexandria, Virginia 22314
 (703) 836-9030
Facsimile: (703) 683-1543
Email: sutter@oldtownlawyers.com
Counsel for Plaintiffs