UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IBRAHIM S. KHAER et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 1:16-cv-00652-JCC-MSN |
| | ) | |
| AL KAWTHAR INTERNATIONAL LLC, | ) | |
| *et al* | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF OMAR M. BISSISSO**
**IN SUPPORT OF ATTORNEY'S FEES**

1.      My name is Omar M. Bississo, I am a lawyer in Virginia, I represent the Plaintiffs IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST (hereinafter, "Plaintiffs") in the above referenced case, my normal hourly billing rate is $300.00 an hour and am otherwise competent to make this affidavit.

2.      I am a graduate of Howard University School of Law, the principal and founder of Bississo Law, P.C.  While in law school, a former law clerk at the Maryland Office of the Public Defender in Rockville, Maryland and a member of the Virginia State Bar.  I assisted Matthew T. Sutter with the prosecution of these claims.

3.      The following tasks were occasioned by my representation of the Plaintiffs in this case which seeks payment of wages for work performed.

| | | |
|---|---|---|
| 04/15/2016 | T/c with M. Sutter re. FLSA collective action complaint | 0.3 |
| 04/19/2016 | t/c w/clients | 0.5 |
| 05/01/2016 | t/c w/ Hamdi Hassan Ahmed Siyam | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 05/02/2016 | emails with M. Sutter re meeting with clients | 0.3 |
| 05/02/2016 | meeting with w/ Fouiza Mohamed Hadgag | 1.0 |
| 05/03/2016 | meeting with Gebremeskel Yemane Kidst and M. Sutter | 2.3 |
| 05/04/2016 | emails and t/c with M. Sutter re. Hamdi Hassan Ahmed Siyam | 0.5 |
| 05/05/2016 | meeting with Hamdi Hassan Ahmed Siyam and M. Sutter | 1.5 |
| 05/06/2016 | prep retainer agreements for signature | 0.3 |
| 05/10/2016 | t/c with Ibrahim Khaer re operations at 5515 Wilson Blvd Arlington, VA 22205 | 0.3 |
| 05/23/2016 | t/c w/ Fouiza Mohamed Hadgag and M. Sutter | 1.0 |
| 06/06/2016 | review signed retainer agreements; t/c w/M. Sutter re lawsuit | 1.0 |
| 07/12/206 | t/c with M. Sutter, Ibrahim Khaer; emails to M. Sutter re lawsuit allegations | 0.3 |
| 07/19/2016 | calls with Clients and M. Sutter re. meeting to review lawsuit | 0.1 |
| 07/19/2016 | Meeting with M. Sutter and clients | 1.3 |
| 07/20/2016 | research addresses for service of lawsuit; t/c with M. Sutter re same | 0.3 |
| 08/18/2016 | conf. with M. Sutter re motion for default; review same | 0.3 |
| 08/23/2016 | T/c with Sutter re: declarations, meeting w/ Hamdi for signatures 2nd T/c With Matt to fix, edit and reprint, Meet Ibrahim and Fouzia for signing, additional T/c with Matt | 1.3 |
| 8/25/2016 | Reread draft declarations, Met with Kidist to confirm, Matt T/c and texts, redid calculations and worked on completing declarations, sent draft to Matt | 2.0 |
| 8/31/2016 | T/cs for meeting and texts to arrange meeting | 0.1 |
| 8/31/2016 | Meeting to finalize declarations and print and sign | 2.5 |

4.      The total amount of attorney time spent was 18.7 hours, which at my standard hourly rate, is the equivalent to $5,610.00.

5.      Further the affiant sayeth not.

Respectfully Submitted,

Omar M. Bississo

COMMONWEALTH OF VIRGINIA:
CITY/COUNTY of _Fairfax_____, to wit:

On this __6__ day of September 2016, Omar M. Bississo, appeared before me, the undersigned notary public in and for the jurisdiction aforesaid, and after being duly sworn, stated that the facts the aforesaid Affidavit are true to the best of his knowledge.

NOTARY PUBLIC

My Commission Expires: _4/30/17_

Registration Number: _756 7/6 2_

GRACE H. MEININGER
NOTARY PUBLIC
REG. #7567162
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES APRIL 30, 2017