# UNITED STATES DISTRICT COURT FOR
# EASTERN VIRGINIA

MOHAMED SEID AHMED MOHAMED
Rivers CI (PRISON)
Po Box 630
Winton NC
27986          Case : 1:16-cv-652



TO: Clerk of the Court , Kimberly Grady , and Judge .

Dear Mrs. Grady ,

I received your mail of 08/24/16 . As you can see by my address I am in JAIL . That information is clearly in my motion also and at this point it seems scheduling is a matter for the Judge to decide .

It is my wish as stated in my initial " ANSWER " that if I can not get a dismissal or summery Judgment on the fact or in this case , lack of any facts to support the claims of the plaintiffs then I ask again for a extension until I am released in mid 2017 .

Under Rule 16. Pretrial Conferences; Scheduling; Management I point to (b) (4) I point out that the Judge can modified the scheduling for good cause and with the judge's consent. I think in all fairness the fact I am in jail rises to the level of " GOOD CAUSE" and as I pointed out in my "Answer " that the plaintiffs are attacking me only because they see I am in jail and will have difficulty defending myself .

2

I include this section for your convenience :

Rule 16.   Pretrial Conferences; Scheduling; Management
(b) Scheduling.
(1) Scheduling Order. Except in categories of actions exempted by local rule, the district judge-or a magistrate judge when authorized by local rule-must issue a scheduling order:
(A) after receiving the parties' report under Rule 26(f); or
(B) after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference.
(2) Time to Issue. The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.
(3) Contents of the Order.
(A) Required Contents. The scheduling order must limit the time to join other parties, amend the pleadings, complete discovery, and file motions.
(B) Permitted Contents. The scheduling order may:
(i) modify the timing of disclosures under Rules 26(a) and 26(e)(1);
(ii) modify the extent of discovery;
(iii) provide for disclosure, discovery, or preservation of electronically stored information;
(iv) include any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after information is produced, including agreements reached under Federal Rule of Evidence 502;
(v) direct that before moving for an order relating to discovery, the movant must request a conference with the court;
(vi) set dates for pretrial conferences and for trial; and
(vii) include other appropriate matters.
(4) Modifying a Schedule. A schedule may be modified only for good cause and with the judge's consent.
I ask the Court to now grant my request in the interest of justice and due to the fact it

does not affect the lives of the plaintiffs.


MOHAMED SEID AHMED MOHAMED
Rivers CI  (PRISON)
Po Box 630
Winton NC
27986                                                                08/31/2016

Mohomed Mohomod
38810-083
Rivers CI
P.O. Box 630
Winton NC 27986



RALEIGH NC 275
Research Triangle Region
02 SEP 2016 PM 3 L

Liberty FOREVER

U.S. MARSHALS
INSPECTED

United States District Court
Eastern District of Virginia
clark's office
401 Courthouse Square
Alexandria, VA 22314

22314-579899