# EXHIBIT A

# SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS

This Settlement Agreement and Mutual Release ("RELEASE") is made by and among IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST and MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC.

WHEREAS, certain disputes have arisen among the parties for the payment of wages (the "Dispute").

WHEREAS, IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST filed suit, *Khaer et al. v. Al Kawathar, LLC et al*, Case 1:16-cv-00652-JCC-MSN 1:16-cv-00942-CMH-MSN, in the United States District Court for the Eastern District of Virginia against MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC among others.

THEREFORE, in order to resolve the Dispute as between these parties only, MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA) has agreed to pay to IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST Forty-Five Thousand Dollars and No Cents ($45,000.00), in care of their counsel, Matthew T. Sutter, as secured and evidenced by the promissory note attached hereto and otherwise enter into this Mutual Release of claims.

1. IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST each hereby releases MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC and their attorneys, officers, agents, servants, employees, stockholders, heirs, executors, administrators, successors, assigns, parents, affiliates and subsidiary corporations, from any and all actions, causes of action, claims, demands, costs, expenses, liabilities, attorney's fees, and debts of any kind and character, whether contractual, statutory or tortious in nature, or of any other nature, in law or in equity.

2. MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC each hereby releases IBRAHIM S. KHAER, FOUIZA MOHAMED HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST and their attorneys, officers, agents, servants, employees, stockholders, heirs, executors, administrators, successors, assigns, parents, affiliates and subsidiary corporations, from any and all actions, causes of action, claims, demands, costs, expenses, liabilities, attorney's fees, and debts of any kind and character, whether contractual, statutory or tortious in nature, or of any other nature, in law or in equity.

3. In conjunction with the execution of this Release and promissory note attached, and upon receipt of the original of the same, counsel for IBRAHIM S. KHAER, FOUIZA MOHAMED

1

HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST shall cause any remaining causes of action to be dismissed with prejudice against MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC, subject to the further approval of the court.

_____  _____
MUAYEH ABU ELHAWA           Date

_____  _____
JIHAD KHATIB                Date

OLIVE BRANCH KABOB LLC

_____  _____
By: MUAYEH ABU ELHAWA, its _____  Date

_/s/ signature_____  _2/7/17_____
IBRAHIM S. KHAER            Date

_/s/ signature_____  _2/7/17_____
FOUIZA MOHAMED HADGAG       Date

_/s/ signature_____  _2/6/17_____
HAMDI HASSAN AHMED SIYAM    Date

_/s/ signature_____  _2-6-17_____
GEBREMESKEL YEMANE KIDST    Date

2

HADGAG, HAMDI HASSAN AHMED SIYAM and GEBREMESKEL YEMANE KIDST shall cause any remaining causes of action to be dismissed with prejudice against MUAYEH ABU ELHAWA (aka MAWYA ABU AL-HAWA), JIHAD KHATIB and OLIVE BRANCH KABOB LLC, subject to the further approval of the court.

_____
MUAYEH ABU ELHAWA

2/2/2017
Date

_____
JIHAD KHATIB

2/2/2017
Date

OLIVE BRANCH KABOB LLC

_____
By: MUAYEH ABU ELHAWA, its _____

2/2/2017
Date

_____
IBRAHIM S. KHAER

_____
Date

_____
FOUIZA MOHAMED HADGAG

_____
Date

_____
HAMDI HASSAN AHMED SIYAM

_____
Date

_____
GEBREMESKEL YEMANE KIDST

_____
Date

2

# PROMISSORY NOTE

FEBRUARY ____, 2017                                        Vienna, Virginia

8226 2nd Ave
Vienna, VA 22182

**THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR/MAKER AND ALLOWS THE CREDITOR/NOTEHOLDER TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

### 1.   BORROWER'S PROMISE TO PAY

I, MUAWIYEH ABU ELHAWA, (herein called "Borrower") promise to pay FORTY-FIVE THOUSAND DOLLARS AND NO CENTS ($45,000.00) (this amount is called "principal") to the order of MATTHEW T. SUTTER (herein collectively called "Creditor"). It is understood that Creditor may transfer this Promissory Note ("Note"). Creditor, or anyone who takes this Note by transfer and who is entitled to receive payments under this Note, is called the "Note Holder."

### 2.   PAYMENTS

Unless paid prior to the date due, the Borrower shall make one payment of ONE THOUSAND DOLLARS AND NO CENTS ($1,000.00) on or before February 7, 2017. Thereafter, Borrower shall pay ONE THOUSAND DOLLARS AND NO CENTS ($1,000.00) on or before the 10th of each month for forty-four (44) consecutive months until the entire principal is paid. All such payments shall be made payable to the order of "MATTHEW T. SUTTER," delivered in care of Matthew T. Sutter, Esq., 616 N. Washington Street, Alexandria, VA 22314 or other address designated in writing, signed by Matthew T Sutter, Esq.

### 3.   INTEREST RATE

This Note shall bear no interest.

### 4.   BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**
If Creditor has not received the full amount of any payment set forth in Section 2 above by the date it is due, Borrower will pay a late charge to the Note Holder. The amount of the charge will be ten percent (10%) of the overdue payment of principal.

### (B) Default
If Borrower does not pay the full amount of set forth in Section 2 above on the date it is due, Borrower will be in default.

### (C) Notice of Default
If Borrower is in default, the Note Holder may send written notice to Borrower requiring Borrower to pay the full amount of any overdue payment of principal and all interest owed on the same by a certain date.

### (D) No Waiver by Note Holder
Even if, at a time when Borrower is in default, the Note Holder does not require immediate payment in full as described above, the Note Holder will still have the right to do so if Borrower is in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses
If the Note Holder has required Borrower to pay immediately in full as described above, the Note Holder will have the right to full reimbursement, by Borrower, for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses shall include, but not be limited to, reasonable attorney's fees and court costs.

### (F) Confession of Judgment
In the event of any default under this Note, Borrower does hereby constitute and appoint the Note Holder, or Matthew T. Sutter, Esq., as Borrower's lawful attorney-in-fact for Borrower and in Borrower's name and stead, to appear before the Circuit Court of Fairfax County to confess judgment against Borrower for all amounts due and owing under this Note and all costs of collection including, but not limited to, attorney's fees in the amount of thirty-three and one/third percent (33 1/3%) of all amounts then due and owing under this Note. Upon entry of judgment, such judgment shall bear an interest rate of twelve percent (12%) per annum, compounded annually.

## 5. PREPAYMENT

Borrower may prepay in part or in full with no penalty, provided all accrued interest and all other expenses or charges due hereunder have been paid current. Such payments shall operate to discharge the loan at an earlier date and shall not, except by written agreement, operate to reduce the amount of unpaid payments.

## 6. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or mailing it by first class mail to the Borrower's address above or at a different address if Borrower provides Note Holder with written notice of a different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 2 above or at a different address if Note Holder provides Borrower with written notice of a different address.

7. **WAIVERS**

Borrower and any person who has obligations under this Note waive the rights of presentment, demand, protest and notice of dishonor and hereby waive the benefit of all exemptions, including, but not limited to, the homestead exemption. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

8. **GOVERNING LAW**

This Note shall be governed by, construed and enforced in accordance with the laws of the Commonwealth of Virginia, excluding its conflicts of law principles. Borrower and Creditor hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either party against the other.

IN WITNESS WHEREOF, the undersigned Borrower has duly caused this Note and its seal affixed as of February 2, 2017.

_____ [SEAL]
MUAWIYEH ABU ELHAWA CI, BORROWER

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Fairfax, TO WIT:

The foregoing instrument was acknowledged before me by MUAWIYEH ABU ELHAWA on this 2 of February 2017.

_____
NOTARY PUBLIC
My commission expires: 03/31/2018
Registration no.: 7597669

JORGE ESTRADA
NOTARY PUBLIC
REG. #7597669
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MARCH 31, 2018

Settlement Sheet for Khaer et al. v. Al Kawathar, LLC et al. Case 1:16-cv-00652-JCC-MSN 1:16-cv-00942-CMH-MSN

| DATE | PRINCIPAL AMOUNT | FEES AND COSTS | IBRAHIM S. KHAER | FOUIZA MOHAMED HADGAG | HAMDI HASSAN AHMED SIYAM | GEBREMESKEL YEMANE KIDST |
|---|---|---|---|---|---|---|
| 2/7/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 3/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 4/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 5/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 6/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 7/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 8/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 9/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 10/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 11/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 12/10/2017 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 1/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 2/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 3/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 4/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 5/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 6/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 7/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 8/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 9/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 10/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 11/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 12/10/2018 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 1/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 2/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 3/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 4/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 5/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 6/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 7/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 8/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 9/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 10/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 11/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 12/10/2019 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 1/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 2/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 3/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 4/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 5/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 6/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 7/20/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 8/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 9/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| 10/10/2020 | $1,000 | $400.00 | $199.20 | $276.60 | $51.00 | $73.20 |
| TOTALS: | $45,000 | $18,000.00 | $8,964.00 | $12,447.00 | $2,295.00 | $3,294.00 |

IBRAHIM S. KHAER _IK_ 2/7/(date); FOUIZA MOHAMED HADGAG _FM_ 2/7/17 (date); HAMDI HASSAN AHMED SIYAM _HS_ 2/6/17 (date);
GEBREMESKEL YEMANE KIDST _K/G_ (date); MATTHEW T. SUTTER ESQ. _MTS_ 2/6/17 (date)

2-06-17