FILED: October 2, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1775
(1:16-cv-00652-JCC-MSN)
_____

IBRAHIM S. KHAER, On Behalf of Themselves and All Others Similarly Situated; FOUIZA MOHAMED HADGAG, On Behalf of Themselves and All Others Similarly Situated; HAMDI HASSAN AHMED SIYAM, On Behalf of Themselves and All Others Similarly Situated; GEBREMESKEL YEMANE KIDST, On Behalf of Themselves and All Others Similarly Situated

      Plaintiffs - Appellees

v.

IBRAHIM SAED AHMED; MIRIAM IBRAHIM ELSAYED

      Defendants - Appellants

 and

AL KAWTHAR INTERNATIONAL LLC; OLIVE BRANCH KABOB LLC; SULTANA GRILL INCORPORATED; JIHAD KHATIB; MAWYA ABU AL-HAWA; MOHAMMED BENCHERKI; HAJAR BENCHERKI; MOHAMED SEID AHMED MOHAMED

      Defendants

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

                                                For the Court--By Direction

                                                <u>/s/ Patricia S. Connor, Clerk</u>